**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Shundric Loyd,

    Plaintiff(s),

v.

Judge Forsberg, et al.,

    Defendant(s).

Case No. 2:26-cv-00377-GMN-NJK

**Order**

Plaintiff is proceeding in this action *pro se* and submitted a complaint. Docket No. 1. Plaintiff has not, however, paid the required filing fee or requested to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. To proceed with this case, Plaintiff must either pay the filing fee or file an application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1. Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete application to proceed *in forma pauperis*.

2. The Clerk of the Court shall send Plaintiff the short form application to proceed *in forma pauperis* by a non-prisoner.

3. Plaintiff must comply with this order no later than March 6, 2026. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: February 17, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1