**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Shundric Loyd,<br><br>     Plaintiff(s),<br><br>v.<br><br>Judge Forsberg, et al.,<br><br>     Defendant(s). | Case No. 2:26-cv-00377-GMN-NJK<br><br>**Order** |

It appears that Plaintiff has moved without updating the mailing address on the docket. *See* Docket No. 6 (mail returned as undeliverable). "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also in re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by March 25, 2026. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL.**

IT IS SO ORDERED.

Dated: March 11, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1