**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHUNDRIC LOYD,

Plaintiff,

vs.

JUDGE FORSBERG, *et al.*,

Defendant[s].

Case No.: 2:26-cv-00377-GMN-NJK

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 9), of United States Magistrate Judge Nancy J. Koppe, which recommends that this case be dismissed without prejudice. (R&R 2:3–4, ECF No. 9). This Court initially entered an Order requiring Plaintiff to file a notice of changed address on March 11, 2026, to which Plaintiff did not respond. (Order, ECF No. 7). The Court again issued an Order requiring Plaintiff to update their address on August 6, 2026, and Plaintiff again failed to respond. (Order, ECF No. 11).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been

filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R) (setting an April 13, 2026 deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 9), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that this case be **DISMISSED** without prejudice.

The Clerk of Court is kindly directed to close this case.

**DATED** this _15_ day of September, 2026.

_ ______________________________

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT